UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

FERN PARNESS,

                     Plaintiff,

   -against-

EPLUS, INC. and EPLUS TECHNOLOGY, INC.,

                  Defendants.

------------------------------------ x

ORDER

20 Civ. 7266 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 9 2021

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on January 26, 2021 at 9:30 a.m. is hereby cancelled. Oral argument on Defendants' motion to dismiss, (ECF No. 13), is scheduled for March 23, 2021 at 10:30 a.m.

Dated: January 19, 2021
      New York, New York

                                                   SO ORDERED.

                                                   *George B. Daniels*

                                                   GEORGE B. DANIELS
                                                 UNITED STATES DISTRICT JUDGE